CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Maurice Cooper,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Alisha Washington, et al.,<br><br>　　　　Defendants. | Case No. 2:21-cv-01847-RFB-DJA<br><br>**Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint**<br><br>**(First Request)** |

　　　　The United States of America on behalf of defendants Alisha Washington and Chad R. Boardman, by and through undersigned counsel, hereby move for an extension of time to respond to Plaintiff's Complaint. Defendant requests that the time be extended to November 22, 2021. The basis for this motion is as follows:

　　　　1.　　This action was originally brought in the Eighth Judicial District Court, Clark County Nevada. The named federal Defendants are Alisha Washington and Chad R. Boardman.

　　　　2.　　On October 6, 2021, Defendants filed a Notice of Removal, removing the action from state to federal court.

　　　　3.　　Rule 81(c) of the Federal Rules of Civil Procedure provides the time in which a Defendant must answer an initial pleading in a removed action. The time provided is the later of 21 days after receipt or service of the initial pleading or seven days after the removal. However, a federal officer or agency would ordinarily be permitted a response

1. time of 60 days to respond pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure.

4. Here, the agency was improperly served with the summons and complaint through the mail on September 23, 2021. It is proposed, and requested, that the time within which to file a response to that complaint be extended to November 22, 2021—a date that is 60 days following the date of Plaintiff's attempted but improper service on the agency.

5. The usual sixty-day response time is needed to meaningfully evaluate the allegations of the complaint and prepare a response to that pleading on behalf of Defendants.

Respectfully submitted this 6th day of October 2021.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        /s/ Skyler H. Pearson
        SKYLER H. PEARSON
        Assistant United States Attorney

**IT IS SO ORDERED:**

**DATE:** 10/8/2021

_____
**UNITED STATES MAGISTRATE JUDGE**

2

**Certificate of Service**

I hereby certify that on October 6, 2021, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the address below.

Maurice Cooper
1048 Hassell Ave.
Las Vegas, NV 89106
*Plaintiff, pro se*

/s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney
United States Attorney's Office