1  LYSSA S. ANDERSON
   Nevada Bar No. 5781
2  RYAN W. DANIELS
   Nevada Bar No. 13094
3  KRISTOPHER J. KALKOWSKI
   Nevada Bar No. 14892
4  KAEMPFER CROWELL
   1980 Festival Plaza Drive, Suite 650
5  Las Vegas, Nevada  89135
   Telephone:  (702) 792-7000
6  Fax:         (702) 796-7181
   landerson@kcnvlaw.com
7  rdaniels@kcnvlaw.com
   kkalkowski@kcnvlaw.com
8
   **_Attorneys for Defendants,_**
9  **_Las Vegas Community Corrections Center_**
   **_and Alisha Washington_**
10

11              **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13  MAURICE COOPER, individually,            CASE NO.:    2:21-cv-01847-RFB-DJA

14              Plaintiff,
    vs.                                      **LVCCC's MOTION FOR EXTENSION OF**
15                                           **TIME TO RESPOND TO PLAINTIFF'S**
    ALISHA WASHINGTON, ET AL.                **COMPLAINT**
16
                Defendants.
17

18       Defendant Las Vegas Community Corrections Center ("LVCCC"), by and through its

19  counsel, Kaempfer Crowell, move for an extension of time to respond to Plaintiff's Complaint.

20  LVCCC requests this Court give LVCCC until November 22, 2021 to answer the complaint,

21  matching the United States' response deadline. _See_ ECF No. 5.

22       Like the United States, Plaintiff improperly served LVCCC with the summons and

23  complaint through the mail.  _See_ ECF No. 4 at ¶ 4.  LVCCC needs time to meaningfully evaluate

24  the allegations of the complaint and prepare a response to that pleading.  In addition, LVCCC

**KAEMPFER CROWELL**
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1   needs to answer on behalf of Alisha Washington because Plaintiff alleges she worked for

2   LVCCC during the relevant time.  Since Alisha Washington has until November 22, 2021 to

3   respond (*see* ECF No. 5), allowing LVCCC the same amount of time will allow the parties to

4   coordinate their responses, promoting judicial efficiency and economy.

5          DATED this 12th day of October, 2021.

6                              KAEMPFER CROWELL

7

8          By:    */s/ Lyssa S. Anderson*
           LYSSA S. ANDERSON (Nevada Bar No. 5781)
9          RYAN W. DANIELS (Nevada Bar No. 13094)
           KRISTOPHER J. KALKOWSKI (Nevada Bar No. 14892)
10         1980 Festival Plaza Drive, Suite 650
           Las Vegas, Nevada  89135

11         ***Attorneys for Defendants,***
           ***Las Vegas Community Corrections Center***
12         ***and Alisha Washington***

13

14         **IT IS SO ORDERED:**

15         **DATE:** October 13, 2021

16         **UNITED STATES MAGISTRATE JUDGE**

17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I certify that I am an employee of KAEMPFER CROWELL, and that on the date below, I

3

caused the foregoing **LVCCC's MOTION FOR EXTENSION OF TIME TO RESPOND TO**

4

**PLAINTIFF'S COMPLAINT** to be served via CM/ECF and/or First Class Mail (where

5

indicated) addressed to the following:

6

Maurice Donnell Cooper
1048 Hassell Avenue

7

Las Vegas, NV 89106

Christopher Chiou, Acting United States Attorney
Skyler H. Pearson, Asst. United States Attorney
District of Nevada
501 Las Vegas Blvd., S., Suite 1100

8

***Pro Se Plaintiff***

Las Vegas, NV 89101
Ph: (702) 388-6336

9

*(Via U.S., First Class Mail)*

E-Mail: Skyler.pearson@usdoj.gov

10

***Attorneys for Defendants,***
***United States Probation Office***

11

***and Chad R. Boardman***

12

DATED this <u>12th</u> day of October, 2021.

13

14

/s/ Luisa Cota
an employee of Kaempfer Crowell

15

16

17

18

19

20

21

22

23

24

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135